**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANDREW ROLLINS, JR                                                                                      PLAINTIFF

V.                                          3:08CV00109 JMM/HDY

JACK McCANN, Sheriff, Craighead County; JOHN
SMITH, Administrator, Craighead County Detention
Facility; AARON DAVIS, Assistant Administrator,
Craighead County Detention Center; JOHN SPARKS,
Chief Jailer, Craighead County Detention Center; and
STEVE METCALF, Medical Supervisor, Craighead
County Detention Center                                                                             DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 26th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE